# Griffin *v.* The State.

APPEAL from Circuit Court of Morgan.

Tried before the Hon. OSCEOLA KYLE.

MARVIN WEST and S. A. LYNNE, for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

The appellant in this case was indicted, tried and convicted for larceny. The judgment of conviction is reversed and the cause remanded.

Opinion by TYSON, J.

---

# Partlow *v.* The State.

APPEAL from Circuit Court of Colbert.

Tried before the Hon. E. B. ALMON.

W. P. and W. L. CHITWOOD, for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

The appellant was indicted, tried and convicted for burglary, and was sentenced to the penitentiary for a term of three years.
The appeal is dismissed.

Opinion PER CURIAM.